IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | | |
|---|---|---|
| **BENJAMIN BARKER,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 8:16-cv-00546-VMC-AEP |
| **WELLS FARGO BANK, N.A.,** | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF SETTLEMENT**

**COMES NOW** defendant Wells Fargo Bank, N.A. ("Defendant"), by and through its undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims of plaintiff Benjamin Barker against Defendant.

Defendant, therefore, requests that this Honorable Court vacate all dates currently set on calendar for the present matter and give the parties 60 days to file the necessary dismissal papers.

Respectfully submitted this 9th day of May, 2016.

*/s/ R. Frank Springfield*
R. Frank Springfield (FL Bar # 0010871)
Jacqueline Simms-Petredis (FL Bar # 0906751)
BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, FL 33602
Telephone: (813) 221-2626
Fax: (813) 357-3534
frank.springfield@burr.com
jsimms-petredis@burr.com
Attorneys for Defendant
WELLS FARGO BANK, N.A.

27486685 v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Christopher W. Boss, Esq.
9887 Fourth Street North, Suite 202
St. Petersburg, FL 33702
cpservice@protectyourfuture.com

Peter John Grilli
Peter J. Grilli, PA
3001 W Azeele St
Tampa, FL 33609-3138
peter@grillimediation.com

I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF participants:   N/A                        .

> */s/ R. Frank Springfield*
> R. Frank Springfield (FL Bar # 0010871)